BEFORE THE FIRST DIVISION, MAY 12, 1960

No. 64173.—Max Eckardt & Sons et al. v. United States, protests 58/10098, etc. (Seattle).

Opinion by OLIVER C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 65174.—S. Berger Co. et al. v. United States, protests 59/7922, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 64175.—I. B. Cohen & Sons Corp. et al. v. United States, protests 59/13731, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 64176.—Max Eckardt & Sons v. United States, protest 59/27255 (New York).